UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



FILED

MAR 14 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

METROPOLITAN LIFE INSURANCE COMPANY,
Plaintiff(s)/Petitioner(s),

vs.

CASE NO. 2:14-CV-02558-MCE-AC

SHARON L. PATE, ET AL.,
Defendant(s)/Respondent(s).

---

**IMPORTANT**

IF YOU CHOOSE TO CONSENT OR DECLINE TO CONSENT TO JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE, CHECK AND SIGN THE APPROPRIATE SECTION OF THIS FORM AND RETURN IT TO THE CLERK'S OFFICE.

---

☑ **CONSENT** TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C Sec. 636(c)(1), the undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed.

Date: 3-6-2016        Signature: Norman L Monks
                      Print Name: Norman L Monks
                      ( ) Plaintiff/Petitioner (✓) Defendant/Respondent
                      Counsel for _____ *

---

☐ **DECLINE** OF JURISDICTION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, U.S.C. Sec 636(c)(2), the undersigned acknowledges the availability of a United States Magistrate Judge but hereby declines to consent.

Date: _____   Signature: _____
                       Print Name: _____
                       ( ) Plaintiff/Petitioner ( ) Defendant/Respondent
                       Counsel for _____ *

---

*If representing more than one party, counsel must indicate the name of each party responding.*

I Norman L. Monks am seeking my share of Clyde Monks beneficiary of his life insurance policy. I disagree with the letter in this file that is claiming my father was incompetent when his will was drawn up. Apparently my father's attorney thought he was confident at the time he did his will.

Norman L. Monks

*Norman L Monks* (signature)

Beulah L Monks
2773 Teal Drive
West Sacramento, CA 95691

July 28, 2014

MetLife, OFEGLI
PO Box 6080
Scranton, PA 18505-6080

Re: Clyde L Monks Claim # 2014 0505 040

I am forwarding the application for Group Life Insurance Benefits for the death of my husband, Clyde L Monks. I have enclosed a certified copy of the amended death certificate of his passing. The original death certificate had to be amended because Sharon Pate, my husbands daughter, was the informant and as such gave false information, indicating that we were divorced
I am also enclosing a letter from his doctor of 20+ years that states a timeline of his mental decline from Alzheimer's Dementia, as well as his ability to make financial decisions

I am aware that my husband had made a change to the beneficiary of his life insurance from myself, Beulah Lavon Monks, to his biological children, Sharon Pate, Norman Monks, and Linda Machel, on March 3, 2012. As you can see from the letter from his doctor, he was mentally incompetent in February 2011. Money had began disappearing from our checking account that he could not explain My attorney advised me to file for a legal separation as a help to protect the existing funds. On March 21, 2012, Sharon took my husband to an attorney where he signed into affect, a revocable trust, assigned Power of Attorney to her, as well as an Advance Directive. She also had him sign on that date, a quit claim deed to our family home Then on May 29, 2012 she declared him to be mentally incapacitated and as such became the trustee to his 2012 revocable trust

I have also become aware that Sharon Pate applied for my husband to receive VA benefits, which he had never applied for previously. My husband and I had our funerals planned, and paid for many years ago. Sharon received a burial benefit from the VA on May 14, 2014. She used the original death certificate so they never knew we were still married, and the file was closed I am now going through the process of applying for survivor benefits under his VA.

As you can see from all of the history I have provided, Sharon has taken many things from me and my husband. So not only do I have to deal with my husband of 38 years passing, I now have to recover and repair all of what she has done

I hope you have all that you need to repair what has been done regarding my husband's life insurance beneficiary.

Feel free to contact my husband's doctor if you need further clarification of his mental capacity.

Respectfully,

*Beulah L Monks*

Beulah L Monks