Royal F. Oakes (SBN 080480)
roakes@mail.hinshawlaw.com
James C. Castle (SBN 235551)
jcastle@mail.hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone:  213-680-2800
Facsimile:   213-614-7399

Attorneys for Plaintiff
Metropolitan Life Insurance Company

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SHARON L. PATE, NORMAN L. MONKS, LINDA M. MOCHELL, BEULAH MONKS,<br><br>Defendants. | Case No. 2:14-cv-02558-MCE-AC<br>(Honorable Morrison C. England, Jr.)<br><br>**ORDER ON PLAINTIFF METROPOLITAN LIFE INSURANCE COMPANY'S APPLICATION FOR LEAVE TO DEPOSIT INTERPLEADER FUNDS INTO THE REGISTRY OF THE COURT** |

HINSHAW & CULBERTSON
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

Case No. 2:14-cv-02558-MCE-AC
36131464v1 0965318

1    Leave is hereby granted for Plaintiff Metropolitan Life Insurance Company
2 ("MetLife") to deposit with the Court Clerk its check made payable to the "Clerk of
3 the Court, U.S. District Court, Eastern District of California," check number
4 001916856 in the amount of $24,228.49, representing the benefits owed under the
5 MetLife policy issued to Clyde Monks.
6    IT IS SO ORDERED.
7 Dated: May 4, 2016

*[signature]*
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

HINSHAW & CULBERTSON
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

1

Case No. 2:14-cv-02558-MCE-AC
36131464v1 0965318