UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>       v.<br><br>SHARON L. PATE, et al.,<br><br>              Defendants. | No.  2:14-cv-02558 MCE-AC<br><br>**STIPULATION FOR RELEASE OF FUNDS AND DISMISSAL** |

This proceeding originated as a Complaint-In-Interpleader, filed November 2, 2014, by Metropolitan Life Insurance Company to determine the beneficiaries of a life insurance policy on the life of Clyde L. Monks, deceased.  Defendants Sharon L. Pate, Norman L. Monks and Linda M. Mochell are the children of the decedent.  Beulah Monks is the decedent's widow.

Norman Monks, Linda Mochell and Beulah Monks answered the complaint. Sharon Pate defaulted.

The benefits of the MetLife policy in the sum of $24,228.49 were deposited with the Clerk of the Court on May 5, 2016.  Plaintiff was then dismissed and discharged of all liability on July, 29, 2016.

///

1

It is now the desire of the remaining parties, Norman L. Monks, Linda M. Mochell and Beulah Monks to resolve this matter and dismiss their respective claims as follows:

Normal L. Monks and Linda M. Mochell agree to dismiss their claims to any of the proceeds of the Metropolitan Life Insurance policy that is the subject of this Complaint-In-Interpleader and agree that all such proceeds, originally in the sum of $24,228.49, that are presently held by the Clerk of the U.S. District Court, Eastern District of California, be released to Buelah Monks through her attorney, R. Mark Rose, 816 Alhambra Blvd., Sacramento, CA  95816.

Dated: 5/20/17                                         /s/_____
                                                       NORMAN L. MONKS
                                                       Defendant in Pro Per

Dated: 5/25/17                                         /s/_____
                                                       LINDA M. MOCHELL
                                                       Defendant in Pro Per

Dated: 6/8/17                                          /s/_____
                                                       BEULAH MONKS
                                                       Defendant

APPROVED:

Dated: 6/8/17                                          /s/_____
                                                       R. MARK ROSE
                                                       Attorney for Defendant
                                                       BEULAH MONKS

**ORDER**

In accordance with the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the claims of Norman L. Monks and Linda M. Mochell be dismissed and that the proceeds of the Metropolitan Life Insurance policy deposited with this Court be released to attorney R. Mark Rose on behalf of his client, Beulah Monks. Once that release has been effectuated, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: July 20, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE